UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH S., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 22-cv-0350-JLB <br><br> **ORDER RE-NOTIFYING PARTIES OF RIGHT TO CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

The Court advises the parties of their right to consent to general Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). The United States has informed the Court of its general consent to Magistrate Judge jurisdiction in cases of this nature. Plaintiff previously consented to having Magistrate Judge Ruth Bermudez Montenegro conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings. (ECF No. 5.) However, Judge Montenegro is no longer the judge assigned to this case. (ECF No. 6.) Accordingly, the Court has attached a new consent/declination form for Plaintiff to complete. **The executed form must be received by the Clerk of Court within 21 days of the date of this notice.**

1

If Plaintiff timely consents, and if the United States does not timely withdraw consent, the case will be deemed assigned to a United States Magistrate Judge for all purposes.  If Plaintiff does not timely consent, or if the United States timely withdraws its consent, the Clerk of Court will reassign the case to a United States District Judge. Reassigned cases will be referred, pursuant to 28 U.S.C. § 636(b)(1)(B), without further order, to the same Magistrate Judge who has already been drawn to conduct preliminary proceedings, including all pretrial, non-dispositive matters, and to issue a Report and Recommendation to the assigned District Judge, unless the District Judge directs otherwise.

**IT IS SO ORDERED.**

Dated:  May 6, 2022

_Jill Burkhardt_
Hon. Jill L. Burkhardt
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

for the Southern District of California

| Elizabeth Sepulveda | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Case No. 22-cv-00350-JLB |
| Kilolo Kijakazi, Acting Commissioner of Social Security | ) ) | |
| *Defendant* | | |

# CONSENT / DECLINATION FORM

The United States has informed the Court of its general consent to Magistrate Judge jurisdiction in cases of this nature.

Plaintiff must complete the *consent/declination* portion of this form below. The executed form must be received by the Clerk of Court* within **21 days** of the date of this notice.

***Consent to a magistrate judge's authority.*** The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of plaintiffs and attorneys* | *Signature of plaintiffs and attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

***Declination.*** The following parties decline to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of plaintiffs and attorneys* | *Signature of plaintiffs and attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

\* *Please Note: Completed consent/declination forms shall be submitted to the Clerk's Office in paper format.*